

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00213-CR

**EX PARTE** Misael **MORENO MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 13352CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
           Adrian Spears II, Justice
           Velia Meza, Justice

Delivered and Filed: October 15, 2025

DISMISSED

Appellant, Misael Moreno Martinez, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Moreno Martinez and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH